IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMY B. NOVAK | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  24-6675 |
| | : | |
| TORCON, INC. | : | |

# ORDER

**AND NOW**, this 28th day of July 2025, upon considering defendant's motion to dismiss (DI 16), plaintiff's opposition (DI 18), defendant's reply (DI 19), following oral argument held on June 26, 2025, and for reasons in the accompanying memorandum, it is **ORDERED** defendant's motion to dismiss (DI 16) is **DENIED**.

**MURPHY, J.**